## PHILLIPS ET AL. *v.* COX.

From the Kosciusko Circuit Court.

*J. H. Carpenter* and *S. J. North,* for appellants.

*W. S. Marshall,* for appellee.

PERKINS, J.—This suit was between the same parties, and involved the

same questions of fact and law, as did the case of *Phillips* v. *Cox*, 61 Ind. 345, appealed from the same court. The rulings during the progress and the results of the trials in both cases were the same. The assignment of alleged error in both cases is the same in this court, and the conclusion here is alike in both cases.

The judgment is affirmed, with costs.